

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2016

No. 04-15-00806-CR

Michael Wilfred **LAFLAMME,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2013CRW160-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

The appellant's motion for extension of time to file his brief is hereby granted.  The appellant's brief is due on August 12, 2016.  **No further extensions of time will be granted.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2016.

Keith E. Hottle
Clerk of Court